■ Deborah Etzion, Appellant, v Rafael Etzion et al., Respondents. [27 NYS3d 875]—In an action, inter alia, for the rescission or reformation of a stipulation of settlement dated June 8, 2005, which was incorporated, but not merged, into a judgment of divorce referable to the plaintiff former wife and the defendant former husband Rafael Etzion dated August 16, 2005, the plaintiff appeals from an order of the Supreme Court, Nassau County (Maron, J.), dated June 13, 2013, which granted the defendants' motion for summary judgment dismissing the first amended complaint.

Ordered that the appeal is dismissed, with costs.

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of a judgment in the action (*see Matter of Aho*, 39 NY2d 241 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (*see* CPLR 5501 [a] [1]) in the related appeal decided herewith (*see Etzion v Etzion*, 138 AD3d 678 [2016] [decided herewith]). Rivera, J.P., Leventhal, Austin and Hinds-Radix, JJ., concur.